161 A.3d 791

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Donald C. EICHLER, Petitioner**

**No. 315 WAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal and Application to File Supplement to Petition for Allowance of Appeal are **DENIED**.